ELIZA O'LEARY, Appellant, *v.* ANTHONY WALTER, Sheriff, etc.,
Respondent.

(Argued November 24, 1872; decided December 3, 1872.)

THE prominent question presented was upon exception to
the charge of the court. The exception was general.
*Held*, insufficient; that a general exception to a charge in
which several distinct propositions are stated, some of them
correct, brings before the appellate court no one proposition
of law which may be claimed to be erroneous.

*Wermbergh & Reilley* for the appellant.

*J. H. Bergen* for the respondent.

ALLEN, J., reads opinion for affirmance.
All concur.
Judgment affirmed.